```
1   SQUIRE, SANDERS & DEMPSEY L.L.P.
    James M. Smith (State Bar # 136246)
2   600 Hansen Way
    Palo Alto, CA 94304-1043
3   Telephone: (650) 856-6500
    Facsimile: (650) 843-8777
4
    Attorneys for Defendants and Counterclaimants
5   FIRST INTERNATIONAL COMPUTER, INC. and
    FIRST INTERNATIONAL COMPUTER OF
6   AMERICA, INC.
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
```

| | |
|---|---|
| LG ELECTRONICS, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>BIZCOM ELECTRONICS, INC., COMPAL ELECTRONICS, INC., and SCEPTRE TECHNOLOGIES, INC.,<br><br>Defendants and Counterclaimants. | No. C 01-01375 CW (EDL)<br>No. C 01-01552 CW (EDL)<br>No. C 01-01594 CW (EDL)<br>No. C 01-02187 CW (EDL)<br><br>**THIS DOCUMENT RELATES TO ALL CASES**<br>ORDER GRANTING **NOTICE OF CONSENT TO WITHDRAWAL OF COUNSEL AND REQUEST FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL** |
| LG ELECTRONICS INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>EVEREX SYSTEMS, INC.,<br><br>Defendants and Counterclaimants. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

NOTICE OF WITHDRAWAL OF COUNSEL
CIVIL ACTION NOS. C 01-01375 CW; C 01-01552 CW; C 01-01594 CW and C 01-02187 CW

1.

| | |
|---|---|
| 1 | LG ELECTRONICS INC., |
| 2 | Plaintiff and Counterclaim Defendant, |
| 3 | vs. |
| 4 | FIRST INTERNATIONAL COMPUTER, INC. and |
| 5 | FIRST INTERNATIONAL COMPUTER OF AMERICA, INC., |
| 6 | |
| 7 | Defendant and Counterclaimant. |
| 8 | LG ELECTRONICS, INC., |
| 9 | Plaintiff and Counterclaim Defendant, |
| 10 | vs. |
| 11 | Q-LITY COMPUTER INC., QUANTA COMPUTER INC., and QUANTA COMPUTER USA, INC., |
| 12 | |
| 13 | Defendants and Counterclaimants. |

16  Squire, Sanders & Dempsey L.L.P. hereby requests an order from the Court authorizing
17  Squire, Sanders & Dempsey L.L.P. to withdraw as counsel for FIRST INTERNATIONAL
18  COMPUTER, INC. and FIRST INTERNATIONAL COMPUTER OF AMERICA, INC. in the
19  matter of *LG Electronics, Inc. v. First International Computer, Inc.*, Case No. C01-01594 (CW)
20  (EDL).

21  Squire, Sanders & Dempsey L.L.P. makes this request on the grounds that FIRST
22  INTERNATIONAL COMPUTER, INC. and FIRST INTERNATIONAL COMPUTER OF
23  AMERICA, INC. have retained alternate counsel to represent them in this matter, and have
24  consented to the withdrawal of Squire, Sanders & Dempsey L.L.P.

25  Alternate counsel for Defendants and Counterclaimants FIRST INTERNATIONAL
26  COMPUTER, INC. and FIRST INTERNATIONAL COMPUTER OF AMERICA, INC. is as
27  follows:

```
Ronald S. Lemieux
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94306
Telephone: (650) 320-1800
Facsimile: (650) 320-1921
```

Dated: February 6, 2007

Respectfully submitted,

SQUIRE SANDERS & DEMPSEY L.L.P.

By: _____
James M. Smith

Attorneys for Defendants and Counterclaimants
FIRST INTERNATIONAL COMPUTER, INC.
and FIRST INTERNATIONAL COMPUTER
OF AMERICA, INC.

## CONSENT TO WITHDRAWAL OF COUNSEL

Through counsel of record in this action, FIRST INTERNATIONAL COMPUTER, INC. and FIRST INTERNATIONAL COMPUTER OF AMERICA, INC. hereby consent to the withdrawal of Squire, Sanders & Dempsey L.L.P. as counsel from *LG Electronics, Inc. v. First International Computer, Inc.*, Case No. C01-01594 (CW) (EDL).

Date: February 6, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP.

By: _____
Ronald S. Lemieux

Attorneys for Defendants andCounterclaimants
FIRST INTERNATIONAL COMPUTER, INC. and
FIRST INTERNATIONAL COMPUTER OF
AMERICA, INC.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

NOTICE OF WITHDRAWAL OF COUNSEL
CIVIL ACTION NOS. C 01-01375 CW; C 01-01552 CW; C 01-01594 CW and C 01-02187 CW

3.

## ORDER

IT IS SO ORDERED.

Date: 2/14/07

By: *(signed)* Claudia Wilken
Judge Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

PALOALTO/101876.2
50912.00001
12/18/06

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

NOTICE OF WITHDRAWAL OF COUNSEL
CIVIL ACTION NOS.  C 01-01375 CW; C 01-01552 CW; C 01-01594 CW and C 01-02187 CW

4.