1  David M. Barkan (CSB No. 160825 / barkan@fr.com)
   Katherine D. Prescott (CSB No. 215496 / prescott@fr.com)
2  FISH & RICHARDSON P.C.
3  500 Arguello St., Suite 500
   Redwood City, CA  94036
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5
   Attorneys for Plaintiff
6  LG ELECTRONICS, INC.
7
   William L. Anthony, Jr. (CSB No. 71910 / wanthony@orrick.com)
8  Kai Tseng (CSB No. 193756 / ktseng@orrick.com)
   Rowena Young (CSB No. 196317 / ryoung@orick.com)
9  Mattew J. Hult (CSB No. 197137 / mhult@orrick.com)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
10 1000 Marsh Road
   Menlo Park, CA  94025
11 Telephone: (650) 614-7400
12 Facsimile: (650) 614-7401

13 Attorneys for Defendants
   BIZCOM ELECTRONICS, INC., COMPAL ELECTRONICS, INC. and SCEPTRE
14 TECHNOLOGIES, INC.
15
   *Additional counsel listed on last page*
16

17                         UNITED STATED DISTRICT COURT
18                        NORTHERN DISTRICT OF CALIFORNIA
19                                (OAKLAND DIVISION)

20 
   LG ELECTRONICS, INC.,
21 
   Plaintiff,
22                                              Case Nos.    C 01-01375 CW
         v.
23                                              **STIPULATION OF DISMISSAL WITH
   BIZCOM ELECTRONICS, INC., COMPAL             PREJUDICE AND [PROPOSED]
24 ELECTRONICS, INC., and SCEPTRE               ORDER THEREON**
   TECHNOLOGIES, INC.
25 
   Defendants.
26 
27 

28                                              1
                                                **STIPULATION OF DISMISSAL WITH PREJUDICE AND
                                                [PROPOSED] ORDER THEREON**
                                                Case No.  C 01-01375

Plaintiff LG Electronics, Inc. ("LGE") and Defendants Bizcom Electronics, Inc., Compal Electronics, Inc. and Sceptre Technologies, Inc. ("Defendants") hereby stipulate as follows:

1) LGE and Defendants have resolved the issues arising from the above-captioned action and have entered into a confidential settlement agreement regarding all of LGE's claims, as well as all of Defendants' claims and counterclaims.

2) LGE and Defendants hereby agree to dismiss with prejudice this action and all claims arising out of this action, with each party to bear its own costs, attorneys' fees and other expenses arising from or related to this litigation.

**SO STIPULATED.**

Dated: April 5, 2007

FISH & RICHARDSON P.C.

By:  */s/ Katherine D. Prescott*
     Katherine D. Prescott

Attorneys for Plaintiff
LG ELECTRONICS, INC.

Dated: April 5, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Kai Tseng*
     Kai Tseng

Attorneys for Defendants
BIZCOM ELECTRONICS, INC., COMPAL ELECTRONICS, INC. and SCEPTRE TECHNOLOGIES, INC.

*Additional counsel:*

Michael J. McKeon (Admitted *pro hac vice* / mckeon@fr.com)
Ralph A. Phillips (Admitted *pro hac vice* / rphillips@fr.com)
Indranil Mukerji (Admitted *pro hac vice* / mukerji@fr.com)
Richard A. Sterba (Admitted *pro hac vice* / sterba@fr.com)
Choongsoo Park (Admitted *pro hac vice* / park@fr.com)
FISH & RICHARDSON P.C.
1425 K Street NW, Suite 1100
Washington, DC  20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Robert E. Hillman (Admitted *pro hac vice* / hillman@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
Telephone: (617) 542 5070
Facsimile: (617) 542-8906

Attorneys for Plaintiff
LG ELECTRONICS, INC.

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Kai Tseng.

Dated: April 5, 2007                                    FISH & RICHARDSON P.C.

                                                        By:  */s/ Katherine D. Prescott*
                                                              Katherine D. Prescott

                                                        Attorneys for Plaintiff
                                                        LG ELECTRONICS, INC.

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

       4/10/07                                          *[signature: Claudia Wilken]*

Dated:  _____                                  _____
                                                        Honorable Claudia Wilken
                                                        United States District Judge

3
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
Case No.  C 01-01375